1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   JO ANN BARBA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00088 LJO |
| Plaintiff, | EX PARTE APPLICATION TO EXTEND SELF-SURRENDER DATE; [PROPOSED] ORDER THEREON |
| v. | |
| JO ANN BARBA, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

On July 23, 2009, defendant Jo Ann Barba was sentenced to a term of thirty-seven months imprisonment. The court ordered that Ms. Barba self-surrender for service of her sentence at no later than 2:00 p.m., on September 11, 2009. The United States Bureau of Prisons (BOP) has designated Ms. Barba to serve her sentence at the Camp in the Federal Correctional Complex in Victorville, California.

Ms. Barba's family is in the process of moving, but the task is not yet completed. She requests that her surrender date be extended by one week, to September 18, 2009, to allow for the completion of the move. This will allow Ms. Barba to ensure that her 14-year-old daughter is properly situated prior to Ms. Barba's self-surrender.

///

///

Assistant United States Attorney Mark J. McKeon has no objection to this request.

1  September 10, 2009

2                                                              Respectfully submitted,

3                                                              DANIEL J. BRODERICK
                                                               Federal Defender

4

5                                                              /s/ Eric V. Kersten
                                                               ERIC V. KERSTEN
6                                                              Assistant Federal Defender
                                                               Attorney for Defendant
7                                                              Jo Ann Barba

8

9

10

11                                              ORDER

12       The request is granted.  Ms. Barba shall self-surrender to the United States Bureau of prisons no

13  later than September 18, 2009, at 2:00 p.m..

14

15

16       IT IS SO ORDERED.

    **Dated:    September 11, 2009              /s/ Lawrence J. O'Neill**
17                                               UNITED STATES DISTRICT JUDGE

Barba: Ex Parte Application to Extend Self-Surrender Date      2